EXCITEMENT VIDEO, INC., Respondent, v VILLAGE OF SPRINGVILLE, Appellant. [853 NYS2d 518]—

Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.

In the Matter of THOMAS A. LENKIEWICZ, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [853 NYS2d 519]— Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Feb. 27, 2008.)

In the Matter of JOSEPH M. HOBAICA, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [853 NYS2d 519]— Present— Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Feb. 27, 2008.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JONES, Appellant. [853 NYS2d 519]— Present—Hurlbutt, J.P., Smith, Centra, Lunn and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JOHNSON, Appellant. [855 NYS2d 410]— Present—Scudder, P.J., Centra, Peradotto and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. BRYANT, Appellant. [853 NYS2d 519]— Present—Scudder, P.J., Hurlbutt, Centra, Lunn and Green, JJ.